IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINAL REAVES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARK CAPOZZA, et al. | : | NO. 13-6483 |

FILED

AUG 26 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

WILLIAM H. YOHN, JR., J.

AND NOW, this 26 day of August, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is *and no objection having been filed*, ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ William H. Yohn, Jr.*
WILLIAM H. YOHN, JR., J.